UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YU BAI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>　　　　　　Defendants. | Case No. 25-cv-05788-TSH<br><br>**ORDER RE: MOTIONS TO AMEND**<br><br>Re: Dkt. Nos. 20, 21 |

On August 10, 2025, Plaintiff Yu Bai filed two motions to file a first amended complaint. ECF Nos. 20, 21. However, the caption for both motions has *Zhang v. United States Department of Homeland Security, et al.,* Case No. 3:25-cv-05973-JCS. That is a different lawsuit brought by a different plaintiff, albeit by the same plaintiff's counsel. A review of the docket in that case shows Plaintiff filed the same two motions. As it is unclear if Plaintiff seeks relief in this case, the motions are **DENIED WITHOUT PREJUDICE** to refiling with the correct caption information. Further, having reviewed Plaintiff's motions, it is likely that Defendants may stipulate to permit Plaintiff to file an amended complaint. Accordingly, the Court **ORDERS** the parties to meet and confer and thereafter file a stipulation and proposed order if they reach an agreement.

**IT IS SO ORDERED.**

Dated: August 11, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge