CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YU BAI, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al.*, <br><br> Defendants. | Case No. 3:25-cv-05788 TSH <br><br> **JOINT STATUS REPORT AND STIPULATION TO STAY THE CASE; [PROPOSED] ORDER** |

       The parties apologize to the Court for their delay in submitting a response by December 17, 2025, due to the need for the parties to reach an agreement on the stipulation.

       Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. On November 26, 2025, USCIS has placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed December 8, 2025).

       Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 17, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Stipulation
C 3:25-cv-05788 TSH                    1

1  appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this
2  case will benefit the parties and conserve the Court's resources while the parties pursue a potential
3  administrative resolution.

4  Dated: December 17, 2025                                Respectfully submitted,[1]

5                                                         CRAIG H. MISSAKIAN
                                                          United States Attorney

7                                                          /s/ Molly A. Friend
                                                          MOLLY A. FRIEND
8                                                         Assistant United States Attorney
                                                          Attorneys for Defendants

10 Dated: December 17, 2025

11                                                         /s/ Mei Zhou
                                                          MEI ZHOU
12                                                        J & T, A Law Corporation
                                                          Attorney for Plaintiff

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until March 17, 2026.

Date:

                                                          _____
                                                          THOMAS S. HIXSON
                                                          United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-05788 TSH                    2