CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YU BAI,<br><br>                    Plaintiff,<br><br>          v.<br><br>KRISTI NOEM, Secretary of the United States Department of Homeland Security, *et al*.,<br><br>                    Defendants. | Case No. 3:25-cv-05788 TSH<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [~~PROPOSED~~] ORDER** |

The parties, through their attorneys, submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On December 18, 2025, the Court granted the parties' request to stay proceedings. Dkt. No. 32.  On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed March 6, 2026).  As of the date of this filing, the hold has not been lifted, and final guidance has not yet been issued. In order to allow time for additional guidance to be issued pursuant to the Policy Memorandum, the parties have agreed to continue the stay of proceedings.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

Stipulation
C 3:25-cv-05788 TSH                    1

June 15, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: March 16, 2026                                Respectfully submitted,[1]

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                      /s/ Molly A. Friend
                                                     MOLLY A. FRIEND
                                                     Assistant United States Attorney
                                                     Attorneys for Defendants


Dated: March 16, 2026

                                                     /s/ Mei Zhou
                                                     MEI ZHOU
                                                     J & T, A Law Corporation
                                                     Attorney for Plaintiff




                              [PROPOSED] ORDER

    Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 15, 2026.


Date: March 17, 2026

                                                     THOMAS S. HIXSON
                                                     United States Magistrate Judge




---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:25-cv-05788 TSH                          2